AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

_Randolph E. Dacey,_
_Plaintiff_

**SUMMONS IN A CIVIL ACTION**

V.

_Thomas J. May_

CASE NUMBER:

**04 CV 12721 RGS**

TO: (Name and address of Defendant)

_Thomas J. May_
_54 Happy Meadow Lane_
_Westwood, Massachusetts 02090_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_Randolph E. Dacey_
_54 Woodbine Street_
_Roxbury, Mass 02119_

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _Tony Anastas_

(By) DEPUTY CLERK

DATE _12-29-04_



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

January 3, 2005

I hereby certify and return that on 1/3/2005 at 8:09AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Thomas J. May at 22 Longmeadow Drive Westwood MA 02090 . Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.32) Total Charges $48.82

_____
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date          *Signature of Server*

          _____
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.