AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Randolph E. Brown
Plaintiff

v.

Boston Edison Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12721 RGS

TO: (Name and address of Defendant)

Boston Edison Company
[address illegible]
[illegible] Massachusetts

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Randolph E. Brown
[address illegible]
[illegible]

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   12-29-04



Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

January 3, 2005

I hereby certify and return that on 1/3/2005 at 10:00AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Nicklos Gianturco, clerk & agent, person in charge at the time of service for Boston Edison Company, at One NStar Way, Westwood, MA 02090. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

_____
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date               Signature of Server

             _____
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.