≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

_Randolph Ruiz_,
                                        Plaintiff
V.                                                    SUMMONS IN A CIVIL ACTION

_Nstar Electric Corporation_

CASE NUMBER:

**04 CV 12721 RGS**

TO: (Name and address of Defendant)

_Nstar Electric Corporation_
_One Boston Place_
_Boston, Massachusetts 02108_

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_Randolph E. Ruiz_
_XX Waltham Street_
_Lexington, Massachusetts 02119_

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                          12-29-04
                                                DATE
(By) DEPUTY CLERK



Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

January 3, 2005

I hereby certify and return that on 1/3/2005 at 10:00AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Nicklos Gianturco, clerk & agent, person in charge at the time of service for NStar Electric Corporation, at One NStar Way, Westwood, MA 02090. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.32) Total Charges $48.82

_____
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                     Signature of Server

                              _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.