## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

RANDOLPH E. GREEN

  V.          CIVIL ACTION NO. 04-12721-RGS

THOMAS J. MAY, PRESIDENT,
BOSTON EDISON COMPANY, d/d/a
NSTAR ELECTRIC CORP. OF MASSACHUSETTS

# ORDER OF DISMISSAL

STEARNS, DJ.           MARCH 22, 2005

   IN ACCORDANCE WITH THIS COURT'S MEMORANDUM  AND  ORDER

ON DEFENDANT'S MOTION TO DISMISS ENTERED ON FEBRUARY 25, 2005,

   IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS

HEREBY DISMISSED.

   SO ORDERED.

           RICHARD G. STEARNS
           UNITED STATES DISTRICT JUDGE

       BY:
         /s/ Mary   H.  Johnson
          Deputy Clerk