*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 04-cv-12721

Randolph E. Green

v.

Thomas J. May, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 25, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/29/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12721-RGS

| | |
|---|---|
| Green v. Boston Edison Company | Date Filed: 01/03/2005 |
| Assigned to: Judge Richard G. Stearns | Jury Demand: Plaintiff |
| Demand: $35000000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Randolph E. Green**     represented by     **Randolph E. Green**
8 Woodbine Street
Roxbury, MA 02119
617-445-6488
PRO SE

V.

**Defendant**

**Boston Edison Company**     represented by     **Thomas M. Palmer**
*dba Nstar Electric Coprporation of Massachusetts, Thomas May, President*
Law Office of Thomas M. Palmer
#2
500 Skyline Drive
Dracut, MA 01826
978-957-6383
Fax: 617-241-2815
Email: palmerlaw1@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **NSTAR Electric** | represented by | **Thomas M. Palmer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

**Defendant**

**Thomas J. May**

**Counter Claimant**

**NSTAR Electric**

**Counter Claimant**

**Boston Edison Company**
*dba Nstar Electric*
*Coprporation of*
*Massachusetts, Thomas May,*
*President*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Randolph E. Green** | represented by | **Randolph E. Green**<br>(See above for address)<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2004 | 1 | COMPLAINT against Boston Edison Company, Thomas J. May Filing fee: $ 150, receipt number 61084, filed by Randolph E. Green. (Attachments: # 1 cover sheet)(Nici, Richard) (Entered: 01/03/2005) |
| 12/29/2004 | | Summons Issued as to Boston Edison Company. (Nici, Richard) (Entered: 01/05/2005) |
| 12/29/2004 | | Summons Issued as to NSTAR Electric, Thomas J. May. (Flaherty, Elaine) (Entered: 01/18/2005) |

| 12/30/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Nici, Richard) (Entered: 01/03/2005) |
|---|---|---|
| 01/18/2005 | [2] | SUMMONS Returned Executed Thomas J. May served on 1/3/2005, answer due 1/24/2005. (Flaherty, Elaine) (Entered: 01/18/2005) |
| 01/18/2005 | [3] | SUMMONS Returned Executed Boston Edison Company served on 1/3/2005, answer due 1/24/2005. (Flaherty, Elaine) (Entered: 01/18/2005) |
| 01/18/2005 | [4] | SUMMONS Returned Executed NSTAR Electric served on 1/3/2005, answer due 1/24/2005. (Flaherty, Elaine) (Entered: 01/18/2005) |
| 01/21/2005 | [5] | MOTION to Dismiss by NSTAR Electric, Boston Edison Company.(Flaherty, Elaine) (Entered: 01/28/2005) |
| 01/21/2005 | [6] | MEMORANDUM in Support re 5 MOTION to Dismiss filed by NSTAR Electric, Boston Edison Company. (Flaherty, Elaine) (Entered: 01/28/2005) |
| 01/21/2005 | [7] | AFFIDAVIT in Support re 5 MOTION to Dismiss. (Flaherty, Elaine) (Entered: 01/28/2005) |
| 01/21/2005 | [8] | ANSWER to Complaint, COUNTERCLAIM against Randolph E. Green by NSTAR Electric, Boston Edison Company.(Flaherty, Elaine) (Entered: 01/28/2005) |
| 02/11/2005 | [9] | MEMORANDUM in Opposition re 5 MOTION to Dismiss filed by Randolph E. Green. (Flaherty, Elaine) (Entered: 02/16/2005) |
| 02/25/2005 | [10] | Judge Richard G. Stearns : MEMORANDUM AND ORDER entered.(Giannotti, Diane) (Entered: 02/25/2005) |
| 02/25/2005 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 02/28/2005) |
| 03/22/2005 | 11 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 03/22/2005) |
| 03/23/2005 | 12 | NOTICE OF APPEAL as to 10 Memorandum & ORDER by Randolph E. Green. $ 255, receipt number 62956 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/12/2005. (Flaherty, Elaine) (Entered: 03/24/2005) |